OPINION — AG — NO SEPARATELY IDENTIFIABLE INTEREST EARNED AND RECEIVED ON THOSE REVENUES PRODUCED BY CANTEENS ESTABLISHED AND MAINTAINED PURSUANT TO 43A O.S. 1971 101 [43A-101], THEREBY PRECLUDING SUCH FUNDS FROM BEING CREDITED FOR INTEREST. CITE: ARTICLE XXVI, SECTION 4, OPINION NO. 65-395, 62 O.S. 1971 87 [62-87], 62 O.S. 1975 Supp., 89.2 [62-89.2], 29 O.S. 1975 Supp., 3-302 [29-3-302] 62 O.S. 1975 Supp., 7.1 [62-7.1] [62-7.1], 62 O.S. 1975 Supp., 7.2 [62-7.2] [62-7.2] (HAROLD B. MCMILLAN JR)